# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| COLLEEN BROOKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 6:22-CV-01271-DDC-ADM |
| CITY OF DODGE CITY, KANSAS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Colleen Brooks and Defendants City of Dodge City, Kansas, and Drew Francis, by and through their respective undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41 that this case shall be, and hereby is, dismissed with prejudice, with each party to bear his, her, or its own costs, expenses, and attorney fees, including any statutory costs and fees that might have been available.

2

Respectfully submitted,

**JOSEPH T. WELSH, ATTORNEY AT LAW**

/s/ Joseph T. Welsh
JOSEPH T. WELSH            KS #7813
207 S. Inman Street
PO Box 606
Sublette, Kansas 67877
Telephone:   620-510-5030
Facsimile:    620-510-5029
E-mails:       joe@jtwelshlaw.com
**ATTORNEYS FOR PLAINTIFF**

and

**ENSZ & JESTER, P.C.**

/s/ Brandon D. Mizner
BRANDON D. MIZNER         KS #18167
MATTHEW J. GIST              KS #20829
THOMAS H. OSBORN           KS #28841
1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone:   816-474-8010
Facsimile:    816-471-7910
E-mails:       bmizner@enszjester.com
                   mgist@enszjester.com
                   tosborn@enszjester.com
**ATTORNEYS FOR DEFENDANTS**

2